POPULAR PUBLICATIONS, INC., Appellant, v. HILLMAN PERIODICALS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

ENA KUNZER, Respondent, v. EDWARD J. KUNZER, Appellant.— Order unanimously modified so as to allow injunctive relief to continue only until the trial and disposition of the separation action. In the present state of the pleadings, plaintiff would not be entitled to a permanent injunction. If permanent injunctive relief is sought, a supplemental pleading must be served and should be filed forthwith. At the trial of the separation suit, the court may determine upon the proof submitted whether plaintiff, if successful, is also entitled to permanent injunctive relief. This action, which has already been too long delayed, should be promptly tried. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *post,* p. 1129.]

■

ISIDORE GROSSMAN et al., Copartners Doing Business under the Name of GROSSMAN CLOTHING COMPANY, Appellants, v. WINOLA SILK MILLS, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *post,* p. 1129.]

■

In the Matter of FLORA J. STEPHANIDIS, Respondent, against ENGADINE HOLDING CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.